```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION
```

TOM TAYLOR                                              PLAINTIFF

    vs.                    Case No. 08-5076

CCA GLOBAL PARTNERS, INC., et al.                       DEFENDANTS

### O R D E R

Currently before the Court is plaintiff's **Stipulation for Dismissal (Doc. 6),** stipulating to the dismissal of all claims against the remaining two defendants in this action – CCA Global Partners, Inc. and Flooring America by Carpetsmart.  In accordance with the stipulation, this action is hereby **DISMISSED,** in its entirety, **WITH PREJUDICE.**

IT IS SO ORDERED this 2ND day of July, 2008.

                                           /S/JIMM LARRY HENDREN
                                           JIMM LARRY HENDREN
                                           UNITED STATES DISTRICT JUDGE